DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES AMANDO WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-07-008 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES AMANDO WATKINS, ) | Date:  February 27, 2007 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

    This matter came on for Status Conference on February 13, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Amando Watkins, who was present in court and in custody.

    Defense counsel represented that the defense and government anticipated a global settlement of CR-S-05-158 LKK, the pending supervised release violation, and CR-S-07-008, LKK, the new pending

1 charges.  Defense counsel requested two additional weeks to develop a
2 global resolution of both cases and to review the discovery with the
3 defendant.
4     The parties requested a status conference date of February 27,
5 2007.
6     Accordingly, the parties agreed to exclude time from calculation
7 under the Speedy Trial Act for the reasons stated above, pursuant to 18
8 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
9 counsel, from February 13, 2007, up to and including February 27, 2007.
10    **Good cause appearing therefor**,
11    IT IS ORDERED that this matter is continued to February 27, 2007,
12 at 9:30 a.m. for a Status Conference.
13    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
14 (iv) and Local Code T4, the period from February 13, 2007, up to and
15 including February 27, 2007, is excluded from the time computations
16 required by the Speedy Trial Act due to ongoing preparation of counsel.
17 Dated: February 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Watkins order\07-008 LKK          -2-