```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JAMES AMANDO WATKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-158 LKK, CR-S-07-008 |
|---|---|
| Plaintiff, | ) LKK |
| v. | ) **ORDER** |
| JAMES AMANDO WATKINS, | ) |
| Defendant. | ) Date: March 13, 2007 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on February 27, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Amando Watkins, who was present in court and in custody.

Defense counsel represented that the defendant had made a settlement offer to the United States which encompassed both cases: CR-S-05-158 LKK, the pending supervised release violation, and CR-S-07-

008, LKK, the new pending charges.  Both counsel requested two additional weeks to give the government time to consider the offer. The parties requested a status conference date of March 13, 2007.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from February 27, 2007, up to and including March 13, 2007.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to March 13, 2007, at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from February 27, 2007, up to and including March 13, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: March 19, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Watkins order\07-008 LKK            -2-