```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JAMES AMANDO WATKINS

 8

 9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    ) No. CR-S-05-158 LKK, CR-S-07-008
14                               ) LKK
                  Plaintiff,     )
15                               )
         v.                      ) ORDER
16                               )
    JAMES AMANDO WATKINS,        )
17                               ) Date:  March 27, 2007
                  Defendant.     ) Time:  9:30 a.m.
18                               ) Judge: Hon. Lawrence K. Karlton
    _____ )
19
```

20     This matter came on for Status Conference on March 13, 2007, in
21 the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.
22 Assistant United States Attorney Jason Hitt appeared on behalf of the
23 United States of America.  Assistant Federal Defender Caro Marks
24 appeared on behalf of Defendant James Amando Watkins, who was present
25 in court and in custody.
26     Counsel for the United States indicate he had received and
27 considered the defendant's offer to settle both cases in a global plea
28 agreement. Both parties asked the Court for additional time to allow

1  the government to get approval to accept the defendant's settlement
2  offer. The parties requested a status conference date of March 27,
3  2007.
4      Accordingly, the parties agreed to exclude time from calculation
5  under the Speedy Trial Act for the reasons stated above, pursuant to 18
6  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
7  counsel, from March 13, 2007, up to and including March 27, 2007.
8  **Good cause appearing therefor**,
9      IT IS ORDERED that this matter is continued to March 27, 2007, at
10 9:30 a.m. for a Status Conference.
11     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
12 (iv) and Local Code T4, the period from March 13, 2007, up to and
13 including March 27, 2007, is excluded from the time computations
14 required by the Speedy Trial Act due to ongoing preparation of counsel.
15 Dated: March 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Watkins order\07-008 LKK        -2-