```
 1  DANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JAMES AMANDO WATKINS
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  NO. Cr-S-07-008, Cr-S-05-158 LKK
                                  )
12             Plaintiff,         )
                                  )  STIPULATION AND ORDER
13       v.                       )
                                  )
14  JAMES AMANDO WATKINS,         )  Date:  April 17, 2007
                                  )  Time:  9:30 a.m.
15             Defendant.         )  Judge: Lawrence K. Karlton
                                  )
16  _____ )

17
```

18    JAMES AMANDO WATKINS, by and through his counsel, Caro Marks,
19 Assistant Federal Defender, and the United States Government, by and
20 through its counsel, Jason Hitt, Assistant United States Attorney,
21 hereby stipulate and agree to vacate the previously scheduled Status
22 Conference/Change of Plea date of March 27, 2007 and set a new Status
23 Conference/COP date of April 17, 2007 at 8:30 a.m.. April 17 is also
24 the date set for resolution of the pending supervised release violation
25 (CR-S-05-158 LKK).

26    The parties need additional time to meet and discuss the
27 defendant's proposed resolution of both cases, to draft a plea
28 agreement encompassing both cases, and review the agreement with the

1  defendant.

2      IT IS STIPULATED between the parties that the time period between
3  the signing of this Order up to and including April 17, 2007, be
4  excluded in computing the time within which trial must commence under
5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6  Local Code T4, for ongoing preparation of counsel.

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES AMANDO WATKINS
```

Dated: March 26, 2007

```
                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: March 26, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Stip and order\Watkins (Cr-S-07008 LKK)

2