```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES AMANDO WATKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. Cr-S-07-008 LKK |
| | )     Cr-S-05-158 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JAMES AMANDO WATKINS, | ) Date:  April 24, 2007 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |
| _____ | ) |

JAMES AMANDO WATKINS, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference/Change of Plea date of April 17, 2007 and set a new Status Conference/COP date of April 24, 2007 at 9:30 a.m..  On April 24, the parties intend to resolve both the pending indictment and the pending supervised release violation (CR-S-05-158 LKK).

The parties need additional time to draft a plea agreement which encompasses both cases. The parties have agreed on a resolution and need an additional week to memorialize it, and defense counsel needs

1  the time to review the plea agreement with the defendant.
2      IT IS STIPULATED between the parties that the time period between
3  the signing of this Order up to and including April 24, 2007, be
4  excluded in computing the time within which trial must commence under
5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
6  Local Code T4, for ongoing preparation of counsel.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
JAMES AMANDO WATKINS

Dated: April 12, 2007

MCGREGOR SCOTT
United States Attorney


/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and order\Watkins (Cr-S-07008 LKK)

2