1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
                                        NO. CR. S-07-008 LKK
12          Plaintiff,

13      v.                                  O R D E R

14  JAMES AMONDO WATKINS,

15          Defendant.
    _____/

16

17      The petition filed on November 15, 2007, is dismissed with

18  prejudice.

19      IT IS SO ORDERED.

20      DATED: November 16, 2007.

21

22

23  _____
    LAWRENCE K. KARLTON
24  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

25

26

                            1